# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3166
_____

SCOTTIE BERNARD JENKINS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.

August 31, 2018

PER CURIAM.

The petition for belated appeal is denied on the merits.

WOLF, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Bruce A. Miller, Public Defender, and Julie Comerford Wells, Assistant Public Defender, Milton, for Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.